**Order filed, September 17, 2012.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-12-00801-CV
_____

**IN THE INTEREST OF M.S.D., CHILD, Appellant**

---

**On Appeal from the 387th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 11-DCV-191748**

---

## ORDER

The reporter's record in this case was due **September 10, 2012**, 2012. *See* Tex. R. App. P. 35.1. On September 11, 2012, this court ordered the court reporters to file the record on or before September 24, 2012. To date, the record has not been filed with the court. Because the reporter's record will not be filed within the time prescribed in the first order, the court **GRANTED IN PART AND DENIED IN PART** your request and issues the following order.

We order **Winona Williams**, the official court reporter, to file the record in this appeal **on or before October 1, 2012. No further extension will be entertained absent exceptional circumstances**. The trial and appellate courts are jointly responsible for

ensuring that the appellate record is timely filed.  *See* Tex. R. App. P. 35.3(c).  If **Winona Williams** does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM